NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRAPHIC PACKAGING INTERNATIONAL, LLC,**
*Appellant*

**v.**

**INLINE PACKAGING, LLC,**
*Appellee*

---

2017-1776

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01609.

---

## JUDGMENT

---

BARRY J. HERMAN, Womble Carlyle Sandridge & Rice LLP, Baltimore, MD, argued for appellant. Also represented by CHRISTINE H. DUPRIEST, Washington, DC; JAMES FREDERICK VAUGHAN, Atlanta, GA.

CHAD E. ZIEGLER, Neustel Law Offices, Ltd., Fargo, ND, argued for appellee. Also represented by MICHAEL S. NEUSTEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 8, 2018  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
  Clerk of Court